# United States Bankruptcy Court
## District of Arizona

In re: **Carlos Eduardo Medina / Maria Medina**, Debtor(s)

Case No. **2:21-bk-07311**
Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

- ■ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;
- ☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or
- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Carlos Eduardo Medina**, declares the foregoing to be true and correct under penalty of perjury.

- ☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;
- ■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or
- ☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____.

Debtor, **Maria Medina**, declares the foregoing to be true and correct under penalty of perjury.

Date **September 27, 2021**    Signature **/s/ Carlos Eduardo Medina**
**Carlos Eduardo Medina**
Debtor

Date **September 27, 2021**    Signature **/s/ Maria Medina**
**Maria Medina**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

Local Form 1007-2 (08/18)    Declaration of Evidence of Payments    Page 1

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:21-bk-07311-BKM    Doc 10    Filed 10/12/21    Entered 10/12/21 11:49:45    Desc
Main Document    Page 1 of 7

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CARLOS E MEDINA | **Employee ID:** | 03636774 |
| **Finance Number:** | 03-6386 | **Pay Location:** | 034 |
| **Pay Period:** | 19-2021 | **Pay Date:** | 09/17/21 |
| **Inclusive Dates:** | 08/28/21 - 09/10/21 | | |

**Net Pay:** $1,325.28

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 19-21 | 1 | Q | 01 | G | 134 | 53,955 | 52 | WORK HOURS | 8.00 | 207.52 |
| 19-21 | 1 | Q | 01 | G | 134 | 53,955 | 55 | ANNUAL LEAVE | 32.00 | 830.08 |
| 19-21 | 2 | Q | 01 | G | 134 | 53,955 | 52 | WORK HOURS | 16.00 | 415.04 |
| 19-21 | 2 | Q | 01 | G | 134 | 53,955 | 56 | SICK LEAVE | 16.00 | 415.04 |
| 19-21 | 2 | Q | 01 | G | 134 | 53,955 | 57 | HOLIDAY WORK | 8.00 | 207.52 |
| 19-21 | 2 | Q | 01 | G | 134 | 53,955 | 58 | HOLIDAY LEAVE | 8.00 | 207.52 |

**Total Hours Gross Pay:** 2,282.72

## Leave & Retirement Information

**Category: 6.00**  **Annual Leave**

**Leave Computation Date: 02/25/11**

| | |
|---|---|
| AL Prior Year Balance | 59.32 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 59.32 |
| + AL Earned YTD | 108.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 145.96 |
| = Earned Annual Leave Balance | 21.36 |
| + AL Advanced YTD | 52.00 |

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CARLOS E MEDINA | **Employee ID:** | 03636774 |
| **Finance Number:** | 03-6386 | **Pay Location:** | 034 |
| **Pay Period:** | 18-2021 | **Pay Date:** | 09/03/21 |
| **Inclusive Dates:** | 08/14/21 - 08/27/21 | | |

**Net Pay:** $1,121.15

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 18-21 | 1 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 37.24 | 938.98 |
| 18-21 | 1 | Q | 01 | G | 134 | 52,446 | 53 | OVERTIME HOURS | .30 | 11.35 |
| 18-21 | 1 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | .50 | 12.61 |
| 18-21 | 1 | Q | 01 | G | 134 | 52,446 | 56 | SICK LEAVE | 2.26 | 56.98 |
| 18-21 | 2 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 39.01 | 983.61 |
| 18-21 | 2 | Q | 01 | G | 134 | 52,446 | 59 | PARTIAL DAY LWOP HOURS | .99 | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,003.53 |

## Leave & Retirement Information

**Category: 6.00**  **Annual Leave**

**Leave Computation Date: 02/25/11**

| | |
|---|---|
| AL Prior Year Balance | 59.32 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 59.32 |
| + AL Earned YTD | 102.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 113.96 |
| = Earned Annual Leave Balance | 47.36 |
| + AL Advanced YTD | 58.00 |

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CARLOS E MEDINA | **Employee ID:** | 03636774 |
| **Finance Number:** | 03-6386 | **Pay Location:** | 034 |
| **Pay Period:** | 17-2021 | **Pay Date:** | 08/20/21 |
| **Inclusive Dates:** | 07/31/21 - 08/13/21 | | |

**Net Pay:** $2,191.41

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 17-21 | 1 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 36.99 | 932.68 |
| 17-21 | 1 | Q | 01 | G | 134 | 52,446 | 53 | OVERTIME HOURS | 8.36 | 316.19 |
| 17-21 | 1 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | 1.51 | 38.07 |
| 17-21 | 1 | Q | 01 | G | 134 | 52,446 | 59 | PARTIAL DAY LWOP HOURS | 1.50 | .00 |
| 17-21 | 1 | | | | | | | FLSA | | .00 |
| 17-21 | 2 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 40.00 | 1,008.58 |
| 17-21 | 2 | Q | 01 | G | 134 | 52,446 | 53 | OVERTIME HOURS | .41 | 15.51 |
| 17-21 | 2 | | | | | | | FLSA | | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,311.03 |

## Leave & Retirement Information

**Category: 6.00**  **Annual Leave**

**Leave Computation Date: 02/25/11**

| | |
|---|---|
| AL Prior Year Balance | 59.32 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 59.32 |
| + AL Earned YTD | 96.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 113.46 |
| = Earned Annual Leave Balance | 41.86 |

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CARLOS E MEDINA | **Employee ID:** | 03636774 |
| **Finance Number:** | 03-6386 | **Pay Location:** | 034 |
| **Pay Period:** | 16-2021 | **Pay Date:** | 08/06/21 |
| **Inclusive Dates:** | 07/17/21 - 07/30/21 | | |

## Net Pay: $1,131.11

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 16-21 | 1 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 24.00 | 605.15 |
| 16-21 | 1 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | 16.00 | 403.43 |
| 16-21 | 2 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 39.27 | 990.17 |
| 16-21 | 2 | Q | 01 | G | 134 | 52,446 | 53 | OVERTIME HOURS | .25 | 9.46 |
| 16-21 | 2 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | .47 | 11.85 |
| 16-21 | 2 | Q | 01 | G | 134 | 52,446 | 59 | PARTIAL DAY LWOP HOURS | .26 | .00 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,020.06 |

## Leave & Retirement Information

**Category: 6.00**          **Annual Leave**

**Leave Computation Date: 02/25/11**

| | |
|---|---|
| AL Prior Year Balance | 59.32 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 59.32 |
| + AL Earned YTD | 90.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 111.95 |
| = Earned Annual Leave Balance | 37.37 |
| + AL Advanced YTD | 70.00 |

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CARLOS E MEDINA | **Employee ID:** | 03636774 |
| **Finance Number:** | 03-6386 | **Pay Location:** | 034 |
| **Pay Period:** | 15-2021 | **Pay Date:** | 07/23/21 |
| **Inclusive Dates:** | 07/03/21 - 07/16/21 | | |

**Net Pay:** $892.25

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 15-21 | 1 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 15.00 | 378.22 |
| 15-21 | 1 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | 1.00 | 25.21 |
| 15-21 | 1 | Q | 01 | G | 134 | 52,446 | 56 | SICK LEAVE | 16.00 | 403.43 |
| 15-21 | 1 | Q | 01 | G | 134 | 52,446 | 58 | HOLIDAY LEAVE | 8.00 | 201.72 |
| 15-21 | 2 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 21.67 | 546.40 |
| 15-21 | 2 | Q | 01 | G | 134 | 52,446 | 53 | OVERTIME HOURS | .51 | 19.29 |
| 15-21 | 2 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | 1.00 | 25.21 |
| 15-21 | 2 | Q | 01 | G | 134 | 52,446 | 60 | FULL DAY LWOP HOURS | 16.00 | .00 |
| 15-21 | 2 | Q | 01 | G | 134 | 52,446 | 86 | OTHER PAID LEAVE | 1.33 | 33.54 |
| | | | | | | | | **Total Hours Gross Pay:** | | 1,633.02 |

## Leave & Retirement Information

**Category: 6.00**       **Annual Leave**

**Leave Computation Date: 02/25/11**

| | |
|---|---|
| AL Prior Year Balance | 59.32 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 59.32 |
| + AL Earned YTD | 84.00 |

# USPS Employee Earnings Statement

## Employee Information

| | | | |
|---|---|---|---|
| **Employee:** | CARLOS E MEDINA | **Employee ID:** | 03636774 |
| **Finance Number:** | 03-6386 | **Pay Location:** | 034 |
| **Pay Period:** | 14-2021 | **Pay Date:** | 07/09/21 |
| **Inclusive Dates:** | 06/19/21 - 07/02/21 | | |

## Net Pay: $1,127.64

## Paid Hours

| Pay Period | Week | RSC | Level | Step | Des Act | Salary Rate | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 14-21 | 1 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 22.00 | 554.72 |
| 14-21 | 1 | Q | 01 | G | 134 | 52,446 | 55 | ANNUAL LEAVE | 2.00 | 50.43 |
| 14-21 | 1 | Q | 01 | G | 134 | 52,446 | 56 | SICK LEAVE | 16.00 | 403.43 |
| 14-21 | 2 | Q | 01 | G | 134 | 52,446 | 52 | WORK HOURS | 40.00 | 1,008.58 |
| | | | | | | | | **Total Hours Gross Pay:** | | 2,017.16 |

## Leave & Retirement Information

**Category: 6.00**  **Annual Leave**

**Leave Computation Date: 02/25/11**

| | |
|---|---|
| AL Prior Year Balance | 59.32 |
| AL Maximum Carryover | 520.00 |
| AL Carried over from Prior Year | 59.32 |
| + AL Earned YTD | 78.00 |
| + AL Holiday Earned YTD | .00 |
| - AL Used YTD | 93.48 |
| = Earned Annual Leave Balance | 43.84 |
| + AL Advanced YTD | 82.00 |
| = Available AL Balance | 125.84 |
| AL Used this Pay Period | 2.00 |